1
2
3
4
5          ***E-FILED - 11/10/09***
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   MARCELLA LUNSFORD,                    )        No. C 09-3641 RMW (PR)
                                           )
12              Petitioner,                )        JUDGMENT
                                           )
13     v.                                  )
                                           )
14   GLORIA HENRY,                         )
                                           )
15              Respondent.                )
     _____)
16
17        The court has dismissed the instant petition for writ of habeas corpus without

18   prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED: _____       _Ronald M. Whyte_
            11/6/09
21                                RONALD M. WHYTE
                                  United States District Judge
22
23
24
25
26
27
28

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Lunsford641jud.wpd